UNITED STATES DISTRICT COURT

Northern District Of Oklahoma

**FILED**
FEB 0 2 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Serena Ruiz, as plaintiff                    Index.

              vs.                              Complaint

Brian Gottlieb, as defendant              26 CV - 0 5 5 GKF - JFJ

---

1. Defendant, what others described as kind-hearted, failed to remain the same when doing his job,

2. When adjudicating issues, he showed tardiness, leaving things undecided,

3. Plaintiff requests an issuance of mandamus for Brian Gottlieb to resolve the backlog as soon as possible, which this Court has jurisdiction.

I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

1/20/26

*Serena Ruiz*

IFP pending
∅ Summons



Serena Ruiz
22 Rampart Blvd
Las Vegas, NV 89147

US District Court Clerk's Office
333 W. 4th Street, Room 411
Tulsa, OK 74103

74103-388199

28 JAN 2026 PM 13 L

26 CV - 0 5 5 GKF - JFJ

Postmark 1/28/2026

RECEIVED
FEB 02 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT